No. 493. Codray *v.* Brownell, Attorney General and Successor to the Alien Property Custodian. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *David Cobb* for petitioner. *Acting Solicitor General Stern, Assistant*

*Attorney General Townsend, James D. Hill* and *George B. Searls* for respondent.